UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOHN WESLEY SMITH                    CIVIL ACTION NO. 11-cv-1269

VERSUS                               JUDGE STAGG

BEUSA ENERGY, INC., ET AL            MAGISTRATE JUDGE HORNSBY

## MEMORANDUM ORDER

Beusa Energy, LLC removed this case based on an assertion of diversity jurisdiction. It alleges that Plaintiff is a citizen of Louisiana and that Beusa is a Delaware limited liability company with its principal place of business located in Texas.  Notice of Removal, ¶ 6.  That is the method of alleging the citizenship of a corporation, but the citizenship of an LLC is determined by the citizenship of all of its members.  Beusa must file an Amended Notice of Removal by **July 29, 2011** and allege its citizenship in accordance with the rules set forth in cases such as Burford v. State Line Gathering System, LLC, 2009 WL 2487988 (W.D. La. 2009).  If the Amended Notice of Removal indicates that there is diversity of citizenship, the court will set a scheduling conference.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 14th day of July, 2011.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE